UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-0282 JGB (DTBx)** | Date | January 26, 2015 |
| --- | --- | --- | --- |
| Title | *CXA-16 Corp. v. William M. Jeffrey* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:    Second ORDER to Show Cause re: Lack of Prosecution (IN CHAMBERS)**

     Plaintiff filed its Complaint against Defendant on February 13, 2014.  (Compl., Doc. No. 1.)  On April 2, 2014, the Court issued its first order to show cause for lack of prosecution.  (Doc. No. 8.)  Thereafter, the parties stipulated to allow Defendant additional time to answer the Complaint, (Doc. No. 9), but Defendant failed to thereafter file any answer.  On September 8, 2014, Plaintiff filed a request for the Clerk to enter default against Defendant.  (Doc. No. 19).  The Clerk entered default as to Defendant on September 25, 2014.  (Doc. No. 20).  Since that date, however, Plaintiff has taken no action in the case.

     The Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **February 5, 2015**, why this matter should not be dismissed without prejudice for failure to prosecute.  See Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In response to this Order, Plaintiff can file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55 and Local Rules 55-1 to 55-3.  Failure to respond to this Order will be deemed consent to the dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**