Kirsten A. Worley, Bar No. 222513
Email: kw@wlawcorp.com
Worley Law, P.C.
26632 Towne Centre Dr., Ste. 300
Foothill Ranch, CA 92610
Telephone: 949-420-3706
Facsimile: 949-420-3707

Attorneys for Plaintiff
CXA-16 Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(RIVERSIDE DIVISION)

CXA-16 CORPORATION, a Texas corporation

Plaintiff,

v.

WILLIAM M. JEFFREY, an individual,

Defendant.

Case No. 5:14-cv-00282-JGB-DTB

**JUDGMENT**

WHEREAS, the Court has reviewed Plaintiff's Application For Default Judgment ("Application"); and

WHEREAS, the Court finds that the Clerk of the Court previously entered the default of Defendant Jeffrey on September 25, 2014 [Dkt. 20];

WHEREAS, the Court finds that the Application was properly served upon Defendant William M. Jeffrey; and

WHEREAS, based upon the Application, supporting declaration, and all pleadings on file in this case, the Court finds that there is good cause for the granting of Plaintiff's Application and the issuance of this default judgment;

NOW, THEREFORE, the Court hereby enters judgment against Defendant William M. Jeffrey in the amount of $3,068,732.82 in favor of Plaintiff CXA-16 Corporation, a Texas corporation. Interest on the judgment amount shall accrue at the applicable federal rate pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED:

Dated: May 28, 2015




Margo Mead
Deputy Clerk

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

I certify that on May 14, 2015, the [PROPOSED] JUDGMENT was served on the following parties by the method indicated below:

| Party | Method |
|---|---|
| George Hanover, Esq.<br>HANOVER & SHAW<br>73-710 Fred Waring Drive, Suite 100<br>Palm Desert, CA 92260<br>(760) 862-1983<br>FAX (760) 776-6555<br>hanlaw@aol.com<br>*Attorneys for Defendant William Jeffrey* | ☐ CM/ECF Court System<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| William Jeffrey<br>49740 Entrada Circle<br>La Quinta, CA 92253<br>*Defendant* | ☐ CM/ECF Court System<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Honorable Jesus G. Bernal<br>Courtroom 1<br>George E. Brown, Jr. Federal Building<br>And United States Courthouse<br>3470 Twelfth Street<br>Riverside, CA 92501-3801 | ■ Hand delivery to chambers via messenger service<br>☐ First Class Mail, postage prepaid thereon |

For all United States Postal service mailings, if any, following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I am readily familiar with this firm's

practice for collection and processing of correspondence for mailing with the United States Postal Service. Listing the judge above constitutes a declaration that delivery of the chambers copy to the judge will be completed the day after the document is filed in accordance with the Local Rules.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed onMay 14, 2015, at Foothill Ranch, California.

BEVERLY THORELL